FILED

12/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0745

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-745

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RONALD LEWIS AMELINE,

    Defendant and Appellant.

## ORDER

Upon Motion of Counsel and good cause appearing, and there being no objection from the State of Montana, it is hereby ORDERED that counsel for the Defendant and Appellant shall have until February 28, 2025, in which to prepare, file and serve the initial brief in this matter.

DATE this _____ day of December 2024.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 18 2024